JOHN S. LEONARDO
United States Attorney
District of Arizona
ERICA ANDERSON MCCALLUM
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
erica.mccallum@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>1.  Jose Manuel Valdez<br><br>             Defendant. | **SUPERSEDING**<br><br>**I N D I C T M E N T**<br><br>CR 12-1613-TUC-JGZ (CRP)<br><br>VIO:  21 USC §841(a)(1)<br>         21 USC §841(b)(1)(B)(vii)<br>         (Possession With Intent to<br>         Distribute Marijuana)<br>         Count 1<br><br>         21 USC §853<br>         (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

On or about June 25, 2012, at or near Tubac, in the District of Arizona, JOSE MANUEL VALDEZ, did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 772.4 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

\ \ \

\ \ \

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in this Indictment, JOSE MANUEL VALDEZ, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violation, including, but not limited to a 1999 Volvo Tractor Truck, VIN 4VG7DAGH8XN774618; 1987 Great Dane Trailer; VIN 1GRAA9625HB092503; and $428 in United States currency.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

OCT 2 4 2012

/s/

Assistant U.S. Attorney